UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-62180-CIV-MARTINEZ/GOODMAN

**DAVID NESTI,** individually and on behalf of all others similarly situated,

    Plaintiff,

v.

**FABER BROTHERS, LLC,** a Florida limited liability company, and
**DAVID FABER**, individually,

    Defendants.

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff DAVID NESTI ("Plaintiff"), hereby takes a VOLUNTARY DISMISSAL WITHOUT PREJUDICE in the above-styled and numbered action for all claims that were asserted in this action by Plaintiff against Defendants FABER BROTHERS, LLC, and DAVID FABER ("Defendants").

This dismissal is WITHOUT PREJUDICE to the future assertion of any of the above-referenced claims against this Defendant. The Defendants in this action have not filed an answer or a motion for summary judgment.

Although Plaintiff acknowledges and recognizes the effectiveness of this dismissal without prejudice immediately and without further action of the Court pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff also respectfully requests entry of an Order of Dismissal Without Prejudice submitted herewith.

DATED: December 21, 2015

                                            Respectfully submitted,

                                            MILITZOK LAW, P.A.
*Attorneys for Plaintiff*
4600 Sheridan Street, Suite 402
Hollywood, Florida 33021
(954) 780-8228 - Telephone
(954) 719-4016– Facsimile
bjm@militzoklaw.com

By: /s/ Brian Militzok
BRIAN J. MILITZOK, ESQ
Fla. Bar No.: 0069993

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 21, 2015, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Service List:

Jordan Richards, Esq.
Law Office of Nolan Klein, P.A.
Wells Fargo Tower - Suite 1500
One East Broward Blvd.
Ft. Lauderdale, Florida 33301

/s/ Brian J. Militzok
Brian J. Militzok, Esq.