UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Ft. Lauderdale Division
**Case Number: 15-62180-CIV-MARTINEZ-GOODMAN**

DAVID NESTI, individually and on behalf of
all others similarly situated,
    Plaintiff,

vs.

FARBER BROTHERS, LLC, a Florida limited
liability company, and DAVID FARBER,
individually,
    Defendants.
_____/

## FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS MATTER is before the Court upon Plaintiffs' Notice of Voluntary Dismissal without Prejudice [D.E. No. 15]. It is:

**ADJUDGED** that this action is **DISMISSED without prejudice**. It is also:

**ADJUDGED** that all pending motions in this case are **DENIED AS MOOT**, and this case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 23 day of December, 2015.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record